FILED

JUL 1 9 2016

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                                Criminal No. 3:16 cr 26

JONATHAN LEIGH WIENKE,
        Defendant.

### ORDER TO SEAL

On the 19th day of July, 2016, came the United States of America and William J. Ihlenfeld, II, United States Attorney for the Northern District of West Virginia, by Anna Z. Krasinski, Assistant United States Attorney for said District, and moved the Court to seal the case in this matter for the reason that the case makes reference to an ongoing investigation. It appearing that the interests of justice will be served, it is accordingly

ORDERED that the Clerk of Court shall hereby SEAL the case.

IT IS FURTHER ORDERED that the Clerk of Court shall automatically unseal and place among the public records of this Court the case in the above-styled criminal action upon the arrest of any defendant.

Notwithstanding this Order to Seal, the United States Marshals Service is hereby Permitted to input the necessary information regarding the defendant into NCIC.

DATED: 7/19/16

_____
UNITED STATES MAGISTRATE JUDGE