IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.                                          Criminal Action No. 3:16-CR-26

JONATHAN LEIGH WIENKE,

    Defendant.

### DEFENDANT'S *SUPPLEMENTAL* MOTION TO SUPPRESS

Comes now the Defendant, Jonathan Leigh Wienke, by and through counsel, Nicholas J. Compton, Assistant Federal Public Defender, pursuant to the District Court's Paperless Order of September 20, 2016 [Docket # 23], and files this supplement to the Defendant's Motion to Suppress [Docket # 22]. Per the District Court's Order, the following documents are attached to this Supplemental Motion for the Court's review and consideration:

| ATTACHMENT | DESCRIPTION |
|---|---|
| 1A | Search Warrant Application, 3:16MJ42<br>June 9, 2016<br>Residence |
| 1B | Search Warrant, 3:16MJ42<br>June 9, 2016<br>Residence |
| 2A | Search Warrant Application, 3:16MJ43<br>June 13, 2016<br>Storage Building |
| 2B | Search Warrant, 3:16MJ43<br>June 13, 2016<br>Storage Building |

1

| | | |
|---|---|---|
| 3A | | Search Warrant Application, 3:16MJ44<br>June 13, 2016<br>Residence & Storage Shed |
| 3B | | Search Warrant, 3:16MJ44<br>June 13, 2016<br>Residence & Storage Shed |
| 4A | | Search Warrant Application, 3:16MJ45<br>June 13, 2016<br>Blue Chevrolet Silverado |
| 4B | | Search Warrant, 3:16MJ45<br>June 13, 2016<br>Blue Chevrolet Silverado |

Respectfully submitted,

**JONATHAN LEIGH WIENKE**,

By: /s/ Nicholas J. Compton
Nicholas J. Compton
Attorney for Defendant
WV State Bar ID 11056
Federal Public Defender Office
MVB Bank Building
651 Foxcroft Avenue, Suite 202
Martinsburg, West Virginia 25401
Tel. (304) 260-9421
Fax. (304) 260-3716
E-Mail. Nicholas_Compton@fd.org

## CERTIFICATION OF SERVICE

I hereby certify that on September 20, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Anna Krasinski, AUSA
Office of the United States Attorney
U.S. Courthouse
217 W. King Street, Suite 400
Martinsburg, WV 25401

*s/ Nicholas J. Compton*
Nicholas J. Compton
Attorney for Defendant
WV State Bar ID 11056
Federal Public Defender Office
MVB Bank Building
651 Foxcroft Avenue, Suite 202
Martinsburg, West Virginia 25401
Tel. (304) 260-9421
Fax. (304) 260-3716
E-Mail. Nicholas_Compton@fd.org