AO 93 (Rev. 11/13) Search and Seizure Warrant

**FILED**
JUN 2 0 2016
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401
ORIGINAL FOR RETURN

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:16 mj 44
207 East Martin Street, Martinsburg, WV 25401 and )
storage shed located behind the residence )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Northern___ District of ___West Virginia___
*(identify the person or describe the property to be searched and give its location)*:

207 East Martin Street, Martinsburg, WV 25401 and storage shed located behind the residence (See Attachment A)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment A

**YOU ARE COMMANDED** to execute this warrant on or before ___June 27, 2016___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Robert W. Trumble, United States Magistrate Judge___
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*.
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ___

Date and time issued: ___June 13, 2016 @ 2:51 P.M.___   _____[signature]_____
                                                          *Judge's signature*

City and state:   ___Martinsburg, West Virginia___   ___Robert W. Trumble, United States Magistrate Judge___
                                                          *Printed name and title*

DEFENDANT'S EXHIBIT 3B
PENGAD 800-631-6989
US00000728

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:16 MJ 44 | Date and time warrant executed: 06/13/2016 4:15 PM | Copy of warrant and inventory left with: ON KITCHEN CHAIR IN KITCHEN |
| Inventory made in the presence of: S/A PATRICK KELLEY | | |
| Inventory of the property taken and name of any person(s) seized: SEE ATTACHED INVENTORY NOTHING FOLLOWS | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/20/2016

_Executing officer's signature_

Subscribed, sworn to, and returned before me PATRICK KELLEY SPECIAL AGENT
_Printed name and title_

this 20th day, June, 2016

Robert W. Trumble, United States Magistrate Judge

US00000729

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:16 MJ 44 | 06/13/2016 4:15 pm | On kitchen chair in Kitchen |

Inventory made in the presence of:
S/A Patrick Kelley

Inventory of the property taken and name of any person(s) seized:

1. (1) Black Briefcase from shed containing papers
2. (9) Cut Plastic Pieces (Shed)
3. (5) Copper Pipes
4. (1) Thread Cutter
5. (1) Scanner from front room
6. (1) Blender from updstairs bathroom
7. Misc. Papers from Kitchen
8. (1) Ammo can containing .22 ammo
9. Misc Weapon Parts from 2nd floor back room
10. (2) Metal tubes from master bedroom
11. Misc Papers and books from master bedroom
12. Metal Lathe from kitchen

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/20/2016

_Executing officer's signature_

PATRICK KELLEY SPECIAL AGENT
_Printed name and title_

Subscribed, sworn to, and returned before me this 20th day, June, 2016

Robert W. Trumble, United States Magistrate Judge

Attachment A

Description of Residence

1. When viewed from the street, this residence is described as a multi-story red-brick duplex with a green columned roof covering a porch. The numbers 207 appear on a yellowish plate to the left of a dark-colored storm door. Two air conditioning units are in windows facing the street. A locked, weathered storm cellar door is on the left side of the residence. A yellow two-story addition is attached to the back of the residence. There is a shed behind the residence connected by electrical wires. The residence and storage shed located behind the residence are further depicted in the images below:







US00000732

Items to be Seized

1. Any and all weapons, including handguns, knives, rifles, shotguns, submachine guns, or associated ammunition, or any other firearms, receipts for the purchase of firearms, ammunition, or other weaponry, photographs of conspirators or associates with firearms or other weaponry, and manuals and documentation related to any firearms or weaponry;
2. Any and all tools used in the manufacture of firearms and silencers including tap and dye sets, and drills;
3. Any and all infrared and thermal imaging equipment, receipts for the purchase of infrared and thermal imaging equipment, and manuals and documentation related to infrared and thermal imaging equipment;
4. Any and all explosives and items and tools used to manufacture explosives, including pyrotechnic material, oxidizers, catalysts, binary explosives, fuels, unknown chemicals or liquid, powder or other forms, magnesium shavings, thermite, pipes and pipe fittings;
5. Any and all documents, receipts, and notes regarding the purchase of explosives and component parts, and the construction and use of explosives, and the manufacture and sale of explosives;
6. Any and all ammunition;
7. Any and all restraining devices, including handcuffs, receipts for the purchase of restraining devices, and manuals or documentation related to restraining devices;
8. Any and all self-defense devices, including pepper spray, also known as OC spray, receipts for the purchase of self-defense devices, and manuals or documentation related to self-defense devices;
9. Any and all two-way radios, receipts for the purchase of two-way radios, and manuals or documentation related to two-way radios;
10. Any and all financial documentation relating to the purchase of weapons, infrared and thermal imaging equipment, restraining devices, communication devices, and self-defense devices, described in this attachment and in the affidavit in support of this warrant, including all check registers and bank account statements;
11. Any and all information relating to the Department of Homeland Security and any of its employees, including documents or notes indicating building locations, building schematics, employee schedules, or documents or notes making reference to the Secretary of the Department of Homeland Security;
12. Any and all lists or notes of potential targets;
13. Any and all evidence related to false impersonation or wrongful use of government credentials or badges;
14. Any and all documents regarding mental status and motive;
15. Computers, including any and all Department of Homeland Security laptops, computer records, electronic storage media to include: secure digital cards (SD), compact flash

cards, hard drives, USB drives. Books, records, receipts, and other papers relating to the preparation for workplace violence, introducing weapons into federal facilities and false personation and/or impersonating a federal officer;

16. Address or telephone books and papers reflecting names, addresses, telephone or pager numbers and its contents of co-conspirators;
17. Photographs, negative, video tapes, films or slides of co-conspirators, or Department of Homeland Security buildings or employees;
18. Any and all books, publications, notes, pamphlets regarding mass casualty killings and terrorist attacks, including on terrorist groups, active shooter response or protocols, case studies on active shooters, police response tactics;
19. Indicia of occupancy, residency, or ownership of the premises to be searched, including but not limited to utility and telephone bills, rental or purchase agreements and keys;
20. Indicia of rental or ownership of vehicles used to facilitate any of the activities described in the affidavit in support of this warrant;
21. Papers, tickets, notes, schedules, receipts, and other items relating to domestic and international travel; and
22. Mobile phones, cellular phones, mobile paging devices, trac phones, and any other prepaid wireless devices.

All of the above being evidence, fruits, and instrumentalities of 18 U.S.C. Sections 351, 371, 930, 1114 and 26 U.S.C. Section 5861.

| | |
|---|---|
| Gross sales: | $688.05 |
| Commission: | $68.81 |
| Net Sales: | $619.24 |
| GB Fees: | $20.71 |
| **Net Owed:** | **$598.53** |

US00000735

| Date | Description | Amount |
|---|---|---|
| 3/24/13 | Listing fees for Item Number 333995723 | $0.25 |
| 3/24/13 | Listing fees for Item Number 334000037 | $0.25 |
| 3/24/13 | Listing fees for Item Number 334000328 | $0.25 |
| 3/24/13 | Fees for options added to Item 333997932 | $0.25 |
| 3/31/13 | Final Value Fee for Item Number 333997932 | $4.53 |
| 3/31/13 | Final Value Fee for Item Number 334000037 | $1.65 |
| 3/31/13 | Final Value Fee for Item Number 334000328 | $1.65 |
| 4/1/13 | Final Value Fee for Item Number 334974760 | $11.88 |

US00000736

| | | |
|---|---|---|
| 334974760 DPMS LAR-308 AR-10 Upper + Barrel | $450.00 | 4/1/13 |
| 334000328 Sig 2022/Pro .40 S&W .357 Sig 12-Round Magazine | $41.00 | 3/31/13 |
| 334000037 Sig 2022/Pro .40 S&W .357 Sig 12-Round Magazine | $41.05 | 3/31/13 |
| 333997932 DPMS LAR-308 AR-10 Bolt Carrier Only (No bolt) | $156.00 | 3/31/13 |

US00000737