## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## MARTINSBURG

**UNITED STATES OF AMERICA,**

    Plaintiff,

**v.**                                              **CRIMINAL ACTION NO.: 3:16-CR-26 (GROH)**

**JONATHAN LEIGH WIENKE,**

    Defendant.

### ORDER DIRECTING THE DEFENDANT TO SELF-REPORT

On April 3, 2017, Defendant Wienke appeared before the Court for sentencing. ECF No. 53. At that time, the Court ordered that the Defendant be incarcerated for a term of 18 months, with 2 years of supervised release to follow. ECF No. 58. In light of the short sentence, defense counsel made an oral motion for an appeal bond and requested that the Defendant be released pending his appeal to the Fourth Circuit Court of Appeals. ECF No. 56. Upon careful consideration, the Court granted the motion for an appeal bond. ECF No. 57. On May 2, 2018, the Fourth Circuit Court of Appeal issued its judgment affirming the judgment of this Court. ECF No. 75. The formal mandate was issued on May 24, 2018. ECF No. 76.

Accordingly, the Defendant is hereby **ORDERED** to self-report by **12:00 P.M. on August 24, 2018**, as directed by the United States Marshals Service to an institution designated by the Bureau of Prisons or to the office of the United States Marshals Service in Martinsburg, West Virginia, if no designation has been made by then.

The Clerk is **DIRECTED** to transmit copies of this Order to all counsel of record herein, the United States Probation Office and the United States Marshals Service.

**DATED:** July 23, 2018

GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE